**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**DONALD D. DANFORD,**

    **Plaintiff,**

  v.                                                    Case No. 2:10-CV-124
                                                        Judge Marbley
                                                        Magistrate Judge King

**STATE OF OHIO DEPARTMENT
OF REHABILITATION AND
CORRECTIONS,** *et al.,*

    **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that pursuant to the February 27, 2012 Order, the Court ADOPTED AND AFFIRMED the Report and Recommendation. Judgment is entered in favor of the defendants.

Date: **February 27, 2012**                    **James Bonini, Clerk**

                                                                                                   s/Betty L. Clark
                                                                                        Betty L. Clark/Deputy Clerk